# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARY JO PRATT,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | No. C07-950Z<br><br>ORDER |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), docket no. 21, the Court having considered the contentions of Plaintiff and Defendant's Response, docket no. 22, good cause having been shown for entry of the Order, now therefore, it is hereby ORDERED that Plaintiff's unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $15,572.00 pursuant to 42 U.S.C. § 406(b). Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute. On receipt of this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee she was paid under the Equal Access to Justice Act (EAJA), $3,680.29, as required by statute.

ORDER - 1

IT IS SO ORDERED.

DATED this 14th day of April, 2009.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2